UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 3:25-cr-30044 |
| Plaintiff, | REDACTED INDICTMENT |
| v. | Assault by Striking, Beating, and Wounding |
| JOEL MILLER, | |
| Defendant. | (18 U.S.C. §§ 1152 and 113(a)(4)) |

On or about May 19, 2025, in Todd County, in Indian country, in the District of South Dakota, the defendant, Joel Miller, did unlawfully assault Heath Whipple, an Indian, by striking, beating, and wounding him, all in violation of 18 U.S.C. §§ 1152 and 113(a)(4).

A TRUE BILL:

**[Name Redacted]**

_____
Foreperson

ALISON J. RAMSDELL
United States Attorney

By: _____